UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERI BARNETT,<br><br>      Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>      Defendant. | Civil No.  C11-0040-MAT<br><br>ORDER FOR EXTENSION OF TIME<br>TO FILE AN ANSWER |

Based on Defendant's Second Motion, and that Plaintiff has no opposition, it is hereby ORDERED that the Answer Due Date shall be amended as follows:

- Defendant shall have up to and including May 13, 2011, to file Defendant's Answer.

DATED this <u>19th</u> day of April, 2011.

                                                              Mary Alice Theiler
                                                              United States Magistrate Judge

Presented by:

/s/ Kathryn A. Miller
KATHRYN A. MILLER, WSB # 21979
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 5th Avenue, Suite 2900 M/S 221A
Seattle, WA  98104-7075
Telephone:  (206) 615-2240
Fax:  (206) 615-2531
kathryn.a.miller@ssa.gov

Page 1      ORDER - [C11-0040-MAT]